# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANIEL W. RICHARDSON

NO. 2020 KW 1267

**MARCH 15, 2021**

---

In Re:    Daniel W. Richardson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 423936.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** See **State v. Young,** 2019-01818 (La. 6/12/20), __ So.3d __, 2020 WL 3424876.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT